# FILED

AUG 3 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Sac Main Jail.
651 I St.
Sacramento
#2412948

Rondell D Bullard
SSN# 6996
D.O.B. .80

2:22-CV-1535-DAD-DB (PS)

I, Rondell Donta Bullard Date of Birth
.80, SSN# 6996 Was awarded a sum
of money due to a doctor male practice
Injury. My mother who is now deceased
Was the over see'er of my account
till I was of age 18. My mother name is
Brenda Diane Bush Date of Birth
3.4.51, AKA Brenda Bush. We had a
account at Worlds Savings Bank.
I'm living with mental Health promblem,
So Was my mother on top my mother was
a Drug addict so neither one of us new
how to Stop the IRS from Taxing my
account. AS you may Know Worlds
Savings Bank no more exist, and I
Was told over, and over due to I
no longer have the account, nor the
account number and the Statute of
limitations they can't help me. so Due to
my mental Health and 6th grade special
education. I didnt no what else
to do. I even wrote the IRS back
in 2010 and 2013 explaineing my case

and they told me, without my mother they could not help me, because they would have to pull up her account by useing her SSN#, Well that would be hard for me Because I been awarded of the State as a minor and my mother didn't raise me. Now Since my mother is Decease I have no way of get her SSN# Her name at Birth was Brenda Diane Vines, She Then marryd and to the last name Alexander, then some yrs later remarried and Became Brend Diane Bush. IF you have IRS pull up her account you will see from 1981 to 1998 my account was being taxed as if it was my mother Account. I believe intrest should be added, I was told by time I turned 18 yrs old I should have $80,000 but insted I only received the Sum of around 37,000 or $40,000 So the IRS Tax half of my account. I heard the IRS did this to alot of minor's who had Trust Accounts and they guardian was the Executor of there account. Can you please make sure my money don't get took due to I did not have any debt

at the proper age that all this occurd.
Thank you guy's in the higher up for
passing this law for us to be able
to retain are funds back, hopefully
It comes with intrest.

PS. I'm currently housed at the
Sacramento Co Jail, and I'm
homeless. The IRS Keep telling
me without my mother or sign
paper's by her saying I can do
bussiness with out her they can
not assist me.

Sincerly,
Rondell Donte Bullard
Rondell D Bullard

## E. REQUEST FOR RELIEF

State the relief you are seeking: The return of my funds that was taken from my trust account, and intrest

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-17-22
                    DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1   Your Name

2   Address

3   City, State, Zip Code

4   Telephone Number

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8   Your Name,

9              Plaintiff,

10  vs.                              No.

11  Defendant(s),

12          Defendant(s).              **PROOF OF SERVICE**

13  Internal Revenue service /

14          I, the undersigned, hereby certify that I am over the age of eighteen years and

15  on _____, 20_____, I served a copy of

16  _____,

17  by placing a copy in a postage paid envelope addressed to the person hereinafter listed

18  by depositing said envelope in the United States Mail:

19

20  **(List All Defendants and Addresses Served)**

21

22  I declare under penalty of perjury that the foregoing is true and correct.

23

24                              _____

25                                        (Signed)

26

                                        **Attachment 6**

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

Rondell Donta Bullard )
*Plaintiff* )
v. ) Civil Action No.
Internal Revenue Service )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Internal Revenue Service

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Attachment 4**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the

Rondell Donta Bullard )
_____ )
*Plaintiff* )
v. )   Civil Action No. _____
Internal Revenue Service )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Rondell Donta Bullard
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 18_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 8-18-22

Rondell D Bullard
_____
*Printed name of party waiving service of summons*

Rondell Donta Bullard
_____
*Signature of the attorney or unrepresented party*

Rondell Donta Bullard
_____
*Printed name*

651 I St sacramento ca 95814
_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**Attachment 5**