UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL CHRISTOPHER BULLARD, | No. 2:22-cv-01535-DAD-DB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | (Doc. No. 4) |

Plaintiff Rondell Christopher Bullard is a state prisoner proceeding *pro se* in this civil action brought against defendant Internal Revenue Service. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order. (Doc. No. 4.) The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1] (*Id.* at 2.) To

/////

---

[1] The service copy of the findings and recommendations was returned to the court marked as "Undeliverable, RTS, Not in Custody." Thus, plaintiff was required to file a notice of his change of address with the court no later than June 20, 2023. To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

1

1 | date, no objections to the findings and recommendations have been filed, and the time in which to
2 | do so has now passed.

3 |      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4 | *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5 | findings and recommendations are supported by the record and by proper analysis.

6 |      Accordingly:

7 |      1.    The findings and recommendations issued on April 5, 2023 (Doc. No. 4) are
8 |           adopted in full;

9 |      2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute
10 |           this action and failure to obey a court order; and

11 |      3.    The Clerk of the Court is directed to close this case.

12 | IT IS SO ORDERED.

13 | Dated:  **August 9, 2023**                    *Dale A. Drozd*
14 |                                                     UNITED STATES DISTRICT JUDGE