## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RONDELL CHRISTOPHER BULLARD,**

CASE NO: **2:22–CV–01535–DAD–DB**

v.

**INTERNAL REVENUE SERVICE,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/10/2023**

                                              **Keith Holland**
                                              Clerk of Court

ENTERED:  **August 10, 2023**

                                by: /s/ K. Spichka
                                          Deputy Clerk